**1115-15**

October 13, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

Twelfth Court of Appeals
1517 West Front Street, Suit 354
Tyler, Texas 75702

Re: P.D.R. Extension; Appeal # 12-14-00201-CR
    Trial #: 31189; Cedrick Lewis V. The State of Texas

granted to
11-19-15
Pr
10-26-15

Dear Twelfth Court of Appeals:

This letter is to request an extension of Thirty days to file a Petition for Discretionary Review (P.D.R.).

Today October 13, 2015 I'm writing back to ask for Thirty (30) days to do my P.D.R. I wrote my lawyer And I haven't got no answer back from him. So can you please give me some more time to do my P.D.R. correctly. God bless you.

I Cedrick Bernard Lewis, requesting from the Twelfth Court of Appeals an extention of Thirty (30) days to draft and file the P.D.R. correctly in a otherwise, Timely manner.

Respecting and pursuant to Texas Rule of Appellate Procedure 68, I Cedrick Bernard Lewis make my humble request of an extention to the Twelfth Court of Appeals.

Respectfully, Cedrick Lewis

Cedrick Bernard Lewis #1938672
Allred Unit
2101 FM 369 N.
Iowa Park, Tx 76367

REC'D IN COURT OF APPEALS
12th Court of Appeals District

OCT 19 2015

TYLER TEXAS
PAM ESTES, CLERK

CMRR No. 7002 2410 0004 1477 6786